

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00428-CR

| | | |
|---|---|---|
| BOBBY JAMES GUILLORY, Appellant | § | On Appeal from Criminal District Court No. 3 |
| | § | of Tarrant County (1548748R) |
| V. | § | June 20, 2019 |
| | § | Per Curiam |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We affirm the trial court's judgment on count one in which the jury found Appellant guilty of capital murder under section 19.03(a)(7)(A) of the penal code. We reverse the trial court's judgments on counts two and three in which the jury found Appellant guilty of capital murder under section 19.03(a)(2) of the penal code, and we render judgments of acquittal as to only counts two and three.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM